**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**Case No.: 17-11448**

[2nd Amended] Chapter 13 Plan (Indicate 1st, 2nd, etc. amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

CASE NO.:17-11448

**DEBTOR: OTTO MOSS**

Last Four Digits of SS#: XXX-XX-9177

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.   $1,826.40    for months 1_____ to 60;
    B.   $_____    for months 1_____ to 60;
    C.   $_____    for months _____ to _____; in order to pay the following creditors:

<u>Administrative</u>:     Attorney's Fee - $1,450.00     TOTAL PAID: $1,450.00
                       Balance Due     $0.00

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

BB & T Bank                                    Arrearage on Petition Date: $24,382.87
Bankruptcy Section 100-50-01-51                Arrears Payment   $406.38/month
P.O. Box 1847                                  (Months   1      to   60)
Wilson, NC 27893                               Regular Payment $1,171.08/month
Account No. XXX0221                            (Months   1      to   60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  | 0.00 |  | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

Unsecured Creditors:  Pay $3,978.00 / Payable $66.30 monthly (Months 1 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**OTHER PROVISIONS NOT INCLUDED IN THE PLAN:**

   1.  **DEBTOR WILL MAKE THE FOLLOWING PAYMENTS OUTSIDE THE PLAN:**

Car Payment (2008 Chevy Impala)
Dade County Credit Union
1500 NW 107th Avenue
Doral, FL 33172
xxx0001

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Otto Moss
Debtor


Date: June 13, 2017